IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREGORY J. GLOVER, )<br>)<br>Defendant. )<br>_____) | No. 1:13-cv-00449-EGS |

**JOINT STATUS REPORT OF THE PARTIES**

The plaintiff, the United States of America, and the defendant, Gregory J. Glover (the "Parties"), by and through their undersigned attorneys, pursuant to the MINUTE ORDER dated July 30, 2024, submit this joint status report regarding the pending United States' Motion For Installment Payment Order. (Doc. # 9.) ("United States' Motion.")

1. The MINUTE ORDER dated November 13, 2024 states: "In view of [43] Joint Status Report, this case shall remain STAYED. The parties shall file another joint status report by no later than January 29, 2025."

2. As reported in the parties' previous status reports, Defendant Gregory J. Glover ("Glover") submitted a revised settlement offer to the United States to resolve the liabilities at issue in the United States' Motion. The offer is still under review by the U.S. Department of Justice Tax Division. The Parties continue to work in a diligent and cooperative manner to determine whether the pending motion should be settled.

4. Accordingly, the Parties respectfully recommend that the Court continue the **stay** of this case and provide that the next status report be filed on or before April 29, 2025.

Date: January 29, 2025.

/ s / Ann E. Nash
_____

Ann E. Nash
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6489
Telecopy: (202) 514-6866
Email: ann.e.nash@usdoj.gov
Counsel for the United States of America


/s/ Brian Scotti
_____

Brian Scotti, Esq.
Gordon & Rees, LLP
1300 I Street, N.W., Suite 825
Washington, D.C. 20005
bscotti@grsm.com
Counsel for Gregory J. Glover

<u>CERTIFICATE OF SERVICE</u>

I certify that on January 29, 2025, I filed the foregoing Joint Status Report of the Parties with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice, including defendants' counsel.

<u>/s/ Ann E. Nash</u>
ANN E. NASH